### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| William Vickla, | Civil No. 11-2754 (DWF/JJK) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Bruce Reiser, | |
| Respondent. | |

---

William Vickla, *Pro Se*, Petitioner.

Kevin J. Golden, Assistant County Attorney, Dakota County Attorney's Office, counsel for Respondent.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated November 22, 2011. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.  Petitioner's petition for a writ of habeas corpus, (Doc. No. [1]), is **DENIED**.

2. Petitioner's application for leave to proceed *in forma pauperis*, (Doc. No. [2]), is **DENIED**.

3. This action is **DISMISSED WITH PREJUDICE**.

4. Petitioner is **NOT** granted a Certificate of Appealability.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 14, 2011        s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge